Anthony Camboni
5117 N. Chisholm Court
Apache Junction, Arizona
85120
Tel: (480) 239-3653
AJosephEsq@yahoo.com
AnthonyCamboni.com



# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

CV23-02290-PHX-ESW

ANTHONY CAMBONI

    Plaintiff

v.

STATE OF ARIZONA; MARICOPA COUNTY; KATHLEEN HOBBS; et al

    Defendants

(1.) VIOLATION OF ARIZONA CONSTITUTION - ARTICLE II. DECLARATION OF RIGHTS 21. FREE AND EQUAL ELECTIONS

(2.) VIOLATION OF ARIZONA CONSTITUTION - ARTICLE II. DECLARATION OF RIGHTS - 5. RIGHT OF PETITION AND OF ASSEMBLY

(3.) VIOLATION OF UNITED STATES CONSTITUTION - AMENDMENT I - RIGHT TO PETITION

(4.) VIOLATION OF ARIZONA CONSTITUTION - ARTICLE II. DECLARATION OF RIGHTS 4. DUE PROCESS OF LAW

(5.) VIOLATION OF UNITED STATES CONSTITUTION FIFTH AMENDMENT DUE PROCESS

6. VIOLATION OF UNITED STATES CONSTITUTION FOURTEENTH AMENDMENT DUE PROCESS

(7.) VIOLATION OF ARIZONA CONSTITUTION - ARTICLE II. DECLARATION OF RIGHTS 32.

**CONSTITUTIONAL PROVISIONS MANDATORY**

**Jury Trial Respectfully Demanded**

## I. INTRODUCTION

Plaintiff Anthony Camboni files this Complaint as means to preserve rights. Plaintiff will file an Amended Complaint in accordance with FRCP.

Respectfully filed,



11/03/2023

The **ORIGINAL** of the foregoing filed this _Third_ day of _November_, _2023_ with

Clerk of the United States Federal Court For The District Of Arizona

401 West Washington Street

Phoenix, AZ. 85003

A **COPY** of the Amended Complaint to be served upon Defendants.

_____   _November, 03, 2023_
Anthony Camboni                                      Date